Order entered October 18, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00857-CV

HUMITECH DEVELOPMENT CORPORATION, AND EMIL LIPPE, JR., Appellant

V.

ALAN PERLMAN, MICHAEL PERLMAN, ET AL, Appellee

On Appeal from the 191st District Court
Dallas County, Texas
Trial Court Cause No. 09-9266-J

## ORDER

The Court has before it appellants' October 15, 2012 motion for extension of time to file

appellants' brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief

within five days of the date of this order.

MOLLY FRANCIS
JUSTICE